Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **TENNESSEE BANK & TRUST, a wholly owned division of FARMERS BANK & TRUST COMPANY, an Arkansas state bank,** | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO.: 3:11-cv-984 ) |
| **MARION EDWIN LOWERY, CYNTHIA LOWERY, MARIAN ELIZABETH LOWERY SAFFLE, JOHN HARRISON LOWERY, WILLIAM HARRISON CRABTREE, JR., JIM ENGLAND, RICHARD INMAN, TOMMY CROCKER, BBC HOLDINGS, INC., BOC OPERATIONS, LLC, PBLF, LLC, COMMERCE BANCSHARES, INC., PEOPLES STATE BANK OF COMMERCE and OAKLAND FINANCIAL SERVICES, INC.,** | ) Judge Truager ) Magistrate Judge Knowles ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## MOTION TO APPEAR BY TELEPHONE

Plaintiff and Counter-Defendant, Tennessee Bank and Trust, a wholly owned division of Farmers Bank and Trust Company (hereinafter referred to as "Tennessee Bank"), respectfully request that the Court allow their lead counsel, Gary D. Jiles, to appear by telephone at the Initial Case Management Conference scheduled for Monday, January 23, 2012 at 1:00pm. Mr. Jiles resides and bases his law practice in Arkansas, and to eliminate the need for him to incur the time and expense of traveling roundtrip to Nashville for the conference, Tennessee Bank asks that he be allowed to appear telephonically. Tennessee Bank's local counsel, Heather J. Hubbard, will be present at the conference in person.