# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE BANK & TRUST, a wholly owned division of Farmers Bank & Trust Company, an Arkansas state bank, | )<br>)<br>) |
| Plaintiff, | ) Civil No. 3:11-0984<br>) Judge Trauger |
| v. | ) |
| MARION EDWIN LOWERY, *et al.*, | ) |
| Defendants. | ) |

## **O R D E R**

Defendant Marion Lowery's Motion to Continue Case Management Conference (Docket No. 220) is **GRANTED**, and the case management conference scheduled for April 22, 2013 is **CANCELLED**. The court has offered counsel for the parties numerous other alternative dates in April and May, none of which has worked for all counsel. It is therefore **ORDERED** that the parties shall confer on their own and draft a proposed case management order, setting whatever additional deadlines need to be set. Following the submittal of that order, the court will reset the trial. Plaintiff's local counsel shall take the lead in proposing new deadlines. The proposed new case management order shall be filed by May 1, 2013.

It is so **ORDERED.**

Enter this 19th day of April 2013.

_____
ALETA A. TRAUGER
U.S. District Judge