UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE BANK & TRUST, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | No. 3:11-0984 |
| ) | Judge Trauger/Bryant |
| MARION EDWIN LOWERY, *et al.*, ) | |
| ) | |
|    Defendants. ) | |

## O R D E R

This matter has been referred by District Judge Trauger to the undersigned to conduct a judicial settlement conference with the parties (Docket Entry No. 228). A telephone conference is scheduled for **Friday, November 22, 2013, at 11:00 a.m.** During this telephone conference a date and time convenient to all parties will be set. Counsel shall call the Magistrate Judge's conference line of (615) 695-2857 in order to participate in this conference.

It is so **ORDERED.**

                                                                      /s/ John Bryant
                                                           JOHN S. BRYANT
                                                           United States Magistrate Judge