IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED as unopposed.

*[signature]*

| | |
|---|---|
| TENNESSEE BANK & TRUST, a wholly owned division of FARMERS BANK & TRUST COMPANY, an Arkansas state bank, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) CASE NO.: 3:11-cv-984<br>) |
| MARION EDWIN LOWERY, CYNTHIA LOWERY, MARIAN ELIZABETH LOWERY SAFFLE, JOHN HARRISON LOWERY, WILLIAM HARRISON CRABTREE, JR., JIM ENGLAND, RICHARD INMAN, TOMMY CROCKER, BBC HOLDINGS, INC., BOC OPERATIONS, LLC, PBLF, LLC, COMMERCE BANCSHARES, INC., PEOPLES STATE BANK OF COMMERCE; OAKLAND FINANCIAL SERVICES, INC. and RICHARD S. MOODY a/k/a RICK MOODY, | ) Judge Trauger<br>) Magistrate Judge Knowles<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Comes now the Plaintiff and Counterdefendant, Tennessee Bank & Trust, a wholly owned division of Farmers Bank & Trust Company (hereinafter referred to as "Farmers Bank"), by and through its attorneys, WALLER LANSDEN DORTCH & DAVIS, LLP and MILLAR JILES, LLP, pursuant to Fed. R. Civ. P. 15(a), and for its Motion for Leave to File Third Amended Complaint, states as follows:

1. The deadline to amend pleadings in this case is December 13, 2013.

9134531.2
10346883.1