# IN THE UNITED STATES DISTRICT COURT
# FOR MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE BANK & TRUST, a wholly owned division of FARMERS BANK & TRUST COMPANY, an Arkansas state bank, ) ) ) ) ) ) Plaintiff, ) ) v. ) ) MARION EDWIN LOWERY, CYNTHIA ) LOWERY, MARIAN ELIZABETH ) LOWERY SAFFLE, JOHN HARRISON ) LOWERY, WILLIAM HARRISON ) CRABTREE, JR., JIM ENGLAND, ) RICHARD INMAN, TOMMY ) CROCKER, BBC HOLDINGS, INC., ) BOC OPERATIONS, LLC, PLF, LLC, ) COMMERCE BANCSHARES, INC., ) PEOPLES STATE BANK OF ) COMMERCE, OAKLAND ) FINANCIAL SERVICES, INC.. and ) RICHARD S. MOODY, a/k/a RICK ) MOODY, ) ) Defendants. ) | Civil Action No. 3:11-cv-0984<br>Judge Trauger<br>Jury Demanded |

## FINAL ORDER

It appearing to the Court from the signature of counsel for the parties that all matters in controversy have been compromised and settled, it is accordingly, **DECLARED AND ORDERED AS FOLLOWS**:

1. Pursuant to the provision of 28 U.S.C. § 2201 and Rule 57, Fed. R. Civ. P., the Court declares that BOC Operations, LLC is the true and lawful owner of a certain parcel of real property and any improvements thereon, free and clear of any interest of the other parties to this litigation. The property, commonly known as 233 Bedford Way, Franklin, Williamson County, Tennessee 37064, is more particularly described as follows:

Land in Williamson County, being lot No. 103 of the Plat of the Resubdivision of Section 1, Lots 2 and 3, Forrest Crossing, of record in Plat Book 11, Page 116, and amended in Plat Book 12, Page 109, and further amended in Plat Book 13, Page 112, Register's Office for Williamson County, Tennessee to which plat reference is made for a more complete description.

Being the same property conveyed to BOC Operations, LLC. by Warranty Deed from PBLF, LLC dated May 28, 2010 of record in Book 5065, Pages 612-13, Register's Office for Williamson County, Tennessee

2. In all other regards, this matter shall be and is hereby **DISMISSED WITH PREJUDICE**.

3. Each party shall bear their own attorneys fees and costs.

**IT IS SO ORDERED.**

_____
**ALETA A. TRAUGER**
**United States District Judge**

**AGREED AND APPROVED FOR ENTRY:**

 *John D. Schwalb* 
**JOHN D. SCHWALB (BPR No. 011671)**
john_schwalb@msn.com
**JOHN D. SCHWALB, PLLC**
108 Fourth Avenue South, Suite 208
Franklin, Tennessee 37064
(615) 794-7100
(615) 794-6333 facsimile
*Attorney for Commerce Bancshares, Inc,*
*Peoples State Bank of Commerce and BOC*
*Operations, LLC and Richard S. Moody*
*a/k/a Rick Moody*

| | |
|---|---|
| 1 | |
| 2 | <u>*Heather J. Hubbard by J.D. Schwalb w/permission*</u> |
| | Heather J. Hubbard |
| 3 | heather.hubbard@wallerlaw.com |
| | **WALLER, LANSDEN, DORTCH & DAVIS, LLP** |
| 4 | 511 Union Street, Suite 2700 |
| | Nashville, Tennessee 37219 |
| 5 | *Attorneys for Plaintiff* |
| 6 | |
| 7 | <u>*Gary D. Jiles by J.D. Schwalb w/ permission*</u> |
| | Gary D. Jiles |
| | gjiles@mjcfirm.com |
| 8 | Matthew K. Brown. |
| | mbrown@mjcfirm.com |
| 9 | **MILLAR, JILES, LLP** |
| | The Frauenthal Building |
| 10 | 904 Front Street |
| | Conway, Arkansas 72032 |
| 11 | *Attorneys for Plaintiff* |
| 12 | |
| 13 | <u>*J. Gregory Grisham by J.D. Schwalb w/permission*</u> |
| | J. Gregory Grisham, Esq. |
| | gregory.grisham@jacksonlewis.com |
| 14 | Robbin W. Hutton, Esq. |
| | robbin.hutton@jacksonlewis.com |
| 15 | **JACKSON LEWIS LLP** |
| | 999 Shady Grove Road, Suite 110 |
| 16 | Memphis, Tennessee 38120 |
| | *Attorneys BBC Holdings, Inc., Crocker, England and Inman* |
| 17 | |
| 18 | <u>*Luther Wright, Jr. by J.D. Schwalb w/permission*</u> |
| | Luther Wright, Jr. |
| 19 | luther.wright@ogletreedeakins.com |
| | Jessica Patrick |
| 20 | jessica.patrick@ogletreedeakins.com |
| | **OGLETREE, DEAKINS, NASH, SMOAK &** |
| 21 | **STEWART, P.C.** |
| | SunTrust Plaza |
| 22 | 401 Commerce Street, Suite 1200 |
| | Nashville, Tennessee 37219-2446 |
| 23 | *Attorneys for Crabtree* |
| 24 | |

*Nader Baydoun by J.D. Schwalb w/ permission*
Nader Baydoun
nader@bayoun.com
Stephen Knight
sknight@baydoun.com
**BAYDOUN & KNIGHT**
424 Church Street, Suite 2650
Fifth Third Center
Nashville, Tennessee 37219
*Attorneys for Cynthia Lowery, Marion Edwin Lowery, Elizabeth Lowery Saffle, John Harrison Lowery and PBLF, LLC*

*James Henry by J.D. Schwalb w/ faxed permission*
**Oakland Financial Services, Inc.**, unrepresented
by James Henry, it President
1907 Steeplebrook Cove
Cordova, Tennessee 38016